**Vivien KELLEMS, Appellant,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**No. 402, Docket 72–2122.**

United States Court of Appeals, Second Circuit.

Argued April 13, 1973.

Decided April 4, 1973.

David R. Shelton, Washington, D. C., for appellant.

Stephen Schwartz, Tax Div., Dept. of Justice, Washington, D. C. (Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Leonard J. Henzke, Jr., Tax Div., Dept. of Justice, Washington, D. C.), for appellee.

Before KAUFMAN, ANDERSON and OAKES, Circuit Judges.

## PER CURIAM:

The judgment is affirmed on the basis of the Tax Court's opinion below, 58 T.C. 556. We find Moritz v. Commissioner, 469 F.2d 466 (10 Cir. 1972), cited to us by appellant, to be inapposite.

**Janell GUERRA et al., Plaintiffs-Appellants,**

v.

**Preston H. SMITH et al, Defendants-Appellees.**

**No. 71–2857**

United States Court of Appeals, Fifth Circuit.

April 10, 1973.

Mario Obledo, Mexican American Legal Defense & Educational Fund, San Francisco, Cal., Pete Tijerina, San Antonio, Tex., Alan Exelrod, Michael Mendelson, San Francisco, Cal., for plaintiffs-appellants.

Stephen D. Sugarman, Los Angeles, Cal., Arthur Gochman, San Antonio, Tex., for amicus curiae.

Crawford C. Martin, Atty. Gen. of Tex.; Pat Bailey, Asst. Atty. Gen., Austin, Tex., for defendants-appellees.

Before GEWIN, AINSWORTH and SIMPSON, Circuit Judges.

## PER CURIAM:

Affirmed. *See* San Antonio Independent School District v. Rodriguez, —— U.S. ——, 93 S.Ct. 1278, 36 L.Ed.2d 16, decided March 21, 1973.